WARREN G. COOPER, Plaintiff, v. DOROTHY COOPER, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

EDWARD E. BRADLEY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

CORNELIUS E. MAHANEY, Appellant, v. GEORGE H. PIERCE, as Mayor, and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE A. REYNOLDS, Appellant, v. SCHNEIDER TRAPP, INC., Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ANNABELLE REYNOLDS, Appellant, v. SCHNEIDER TRAPP, INC., Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Application of WILLIAM WECKSLER for a Peremptory Writ of Mandamus against WALTER L. ROBERTS, Mayor of the City of Dunkirk, and Others.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

NICOLA PAPA, Respondent, v. SOCIETA MARIA SS. DEL PIANO D'AUSONIA, IAFETTO AMBROSELLI, Individually and as President, etc., and Others, Appellants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ROBERT W. BADGER, Respondent, v. SCOBELL CHEMICAL COMPANY, INCORPORATED, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Estate of ELIZABETH DEANGELIS SHEPARD, Deceased.— Appeal dismissed unless printed records are filed and served by November eighth and briefs by November tenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERNANDA DIMAGGIO, Appellant.— Time for argument extended sixty days. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

BERTHA CUGLEY, Respondent, v. LENA MATTER, Appellant.— Appeal dismissed unless printed papers and printed briefs are filed and served by November tenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

LUCY ROBINSON KIRCHER, Individually and as Administratrix of GEORGE LEON ROBINSON, Deceased, Respondent, v. MICHAEL LIPMAN, Appellant.— Appeal dismissed unless printed papers are filed and served by December first, and printed briefs by December tenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.